IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Florentino Jerome Webster

    Appellant,

v.                                                     Case No.: 05-2847

Jo Anne B. Barnhart

    Appellee.

## ORDER SETTING SCHEDULING IN SOCIAL SECURITY CASE

The issues in the above-referenced matter having been joined, it is hereby ordered that the following schedule shall be followed:

1. Appellant shall file a brief in support of the asserted claim within 30 days of the entry hereof.

2. Appellee's brief in response shall be filed within 30 days of the filing of appellant's brief.

3. Reply brief may be filed within 10 days of the filing of appellee's response brief.

No further briefs shall be filed without leave of Court.

Entered this 18 day of April, 2006.

                                                       THOMAS M. GOULD, CLERK

                                                       S/ Jean Lee
                                        BY: _____
                                                      Deputy Clerk